1028

[No. 38663-1-II.   Division Two.   April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO JIMENEZ DE LA CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01045-4, James J. Stonier, J., entered December 10, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38700-0-II.   Division Two.   April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN RAY WINDFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00727-0, D. Gary Steiner, J., entered December 31, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38905-3-II.   Division Two.   April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. J.B., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-8-00246-2, Tracy Loiacono Mitchell, J. Pro Tem., entered February 10, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39218-6-II.   Division Two.   April 13, 2010.]

*In the Matter of the Marriage of* TINA SCALF-FOSTER, *Respondent*, and JACKIE CRAIG FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-3-00011-9, Richard L. Brosey, J., entered April 24, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.